DEBTOR: Humbarger, Emmitt Ray
COURT NUMBER: 01-151 ADM/RLE PRIORITY CODE:
CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0008 | PMNT | WA | 24-JUL-2002 | OT/G | Marvin Lumber | MN /2/213 | 32985 | $16.11 | 16-AUG-2002 | $12,169.74 |
| 0009 | PMNT | WA | 31-JUL-2002 | OT/G | Marvin Lumber | MN /2/213 | 33132 | $67.59 | 16-AUG-2002 | $12,112.43 |
| 0010 | PMNT | WA | 07-AUG-2002 | OT/G | Marvin Lumber | MN /2/213 | 33278 | $62.41 | 16-AUG-2002 | $12,060.30 |
| 0011 | PMNT | WA | 14-AUG-2002 | OT/G | Marvin Lumber | MN /2/213 | 33419 | $65.62 | 16-AUG-2002 | $12,004.96 |
| 0012 | PMNT | WA | 21-AUG-2002 | OT/G | Marvin Windows | MN /2/216 | 33562 | $16.62 | 21-AUG-2002 | $11,998.62 |
| 0013 | PMNT | WA | 28-AUG-2002 | OT/G | Marvin Lumber | MN /2/221 | 33708 | $71.52 | 28-AUG-2002 | $11,937.38 |
| 0014 | PMNT | WA | 05-SEP-2002 | OT/G | Marvin Windows | MN /2/225 | 33795 | $114.01 | 05-SEP-2002 | $11,835.07 |
| 0015 | PMNT | WA | 11-SEP-2002 | OT/G | Marvin Lumber | MN /2/229 | 33919 | $66.58 | 11-SEP-2002 | $11,777.19 |
| 0016 | PMNT | WA | 18-SEP-2002 | OT/G | Marvin Lumber & Ceda | MN /2/234 | 034063 | $61.76 | 18-SEP-2002 | $11,725.53 |
| 0017 | PMNT | WA | 25-SEP-2002 | OT/G | Marvin Lumber | MN /2/239 | 34208 | $60.95 | 25-SEP-2002 | $11,674.63 |
| 0018 | PMNT | WA | 02-OCT-2002 | OT/G | Marvin Lumber | MN /2/002 | 34364 | $65.62 | 02-OCT-2002 | $11,619.02 |
| 0019 | PMNT | WA | 09-OCT-2002 | OT/G | Marvin Lumber | MN /3/007 | 34517 | $50.83 | 09-OCT-2002 | $11,578.15 |
| 0020 | PMNT | WA | 16-OCT-2002 | OT/G | Marvin Lumber | MN /3/012 | 34670 | $66.58 | 16-OCT-2002 | $11,521.50 |
| 0021 | PMNT | WA | 23-OCT-2002 | OT/G | Marvin Lumber | MN /3/017 | 34828 | $66.66 | 23-OCT-2002 | $11,464.72 |
| 0022 | PMNT | WA | 30-OCT-2002 | OT/G | Marvin Lumber | MN /3/022 | 34988 | $58.55 | 30-OCT-2002 | $11,416.00 |
| 0023 | PMNT | WA | 06-NOV-2002 | OT/G | Marvin Lumber | MN /3/027 | 35080 | $61.76 | 06-NOV-2002 | $11,364.03 |
| 0024 | PMNT | WA | 14-NOV-2002 | OT/G | Marvin Lumber | MN /3/032 | 35219 | $115.62 | 14-NOV-2002 | $11,259.54 |
| 0025 | PMNT | WA | 20-NOV-2002 | OT/G | Marvin Lumber | MN /3/036 | 35382 | $63.66 | 20-NOV-2002 | $11,204.15 |
| 0026 | PMNT | WA | 27-NOV-2002 | OT/G | Marvin Lumber | MN /3/041 | 36794 | $62.73 | 27-NOV-2002 | $11,151.02 |
| 0027 | PMNT | WA | 05-DEC-2002 | OT/G | Marvin Lumber | MN /3/046 | 036955 | $63.05 | 05-DEC-2002 | $11,098.89 |
| 0028 | PMNT | WA | 11-DEC-2002 | OT/G | Marvin Lumber | MN /3/050 | 37117 | $85.94 | 11-DEC-2002 | $11,021.11 |
| 0029 | PMNT | WA | 18-DEC-2002 | OT/G | Marvin Lumber | MN /3/054 | 037276 | $60.65 | 18-DEC-2002 | $10,969.91 |
| 0030 | PMNT | WA | 26-DEC-2002 | OT/G | Marvin Lumber | MN /3/059 | 37523 | $47.26 | 26-DEC-2002 | $10,933.40 |
| 0031 | PMNT | WA | 26-DEC-2002 | OT/G | Marvin Lumber | MN /3/059 | 37437 | $69.40 | 26-DEC-2002 | $10,864.00 |
| 0032 | PMNT | WA | 02-JAN-2003 | OT/G | Marvin Lumber | MN /3/063 | 37667 | $62.25 | 02-JAN-2003 | $10,811.06 |
| 0033 | PMNT | WA | 08-JAN-2003 | OT/G | MARVIN LUMBER & CEDA | MN /3/067 | 37814 | $28.69 | 08-JAN-2003 | $10,790.31 |
| 0034 | PMNT | WA | 15-JAN-2003 | OT/G | Marvin Lumber | MN /3/072 | 37970 | $25.24 | 15-JAN-2003 | $10,774.32 |
| 0035 | PMNT | WA | 24-JAN-2003 | OT/G | Marvin Lumber | MN /3/078 | 38125 | $80.07 | 24-JAN-2003 | $10,706.13 |
| 0036 | PMNT | WA | 29-JAN-2003 | OT/G | MARVIN LUMBER | MN /3/081 | 038279 | $67.28 | 29-JAN-2003 | $10,645.41 |
| 0037 | PMNT | WA | 05-FEB-2003 | OT/G | Marvin Lumber | MN /3/086 | 35485 | $38.37 | 05-FEB-2003 | $10,616.17 |
| 0038 | PMNT | WA | 12-FEB-2003 | OT/G | MARVIN LUMBER | MN /3/091 | 38431 | $39.83 | 12-FEB-2003 | $10,585.44 |
| 0039 | PMNT | WA | 20-FEB-2003 | OT/G | Marvin Lumber | MN /3/096 | 38587 | $47.66 | 20-FEB-2003 | $10,548.15 |
| 0040 | PMNT | WA | 26-FEB-2003 | OT/G | Marvin Lumber | MN /3/100 | 38744 | $3.49 | 26-FEB-2003 | $10,552.41 |
| 0041 | PMNT | WA | 05-MAR-2003 | OT/G | Marvin Lumber | MN /3/107 | 38907 | $54.22 | 05-MAR-2003 | $10,507.23 |
| 0042 | PMNT | WA | 12-MAR-2003 | OT/G | Marvin Lumber | MN /3/112 | 39063 | $42.60 | 12-MAR-2003 | $10,473.64 |
| 0044 | PMNT | WA | 19-MAR-2003 | OT/G | MARVIN LUMBER | MN /3/116 | 39219 | $41.10 | 19-MAR-2003 | $10,441.52 |
| 0045 | PMNT | WA | 26-MAR-2003 | OT/G | MARVIN LUMBER | MN /3/121 | 39379 | $34.55 | 26-MAR-2003 | $10,415.92 |
| 0046 | PMNT | WA | 02-APR-2003 | OT/G | Marvin Lumber | MN /3/125 | 39537 | $97.66 | 02-APR-2003 | $10,327.19 |
| 0047 | PMNT | WA | 09-APR-2003 | OT/G | Marvin Lumber | MN /3/130 | 39690 | $112.39 | 09-APR-2003 | $10,223.65 |
| 0048 | PMNT | WA | 16-APR-2003 | OT/G | Marvin Lumber | MN /3/135 | 39843 | $123.89 | 16-APR-2003 | $10,108.52 |
| 0049 | PMNT | WA | 23-APR-2003 | OT/G | Marvin Windows | MN /3/140 | 39999 | $123.88 | 23-APR-2003 | $9,993.31 |
| 0050 | PMNT | WA | 30-APR-2003 | OT/G | Marvin Lumber | MN /3/144 | 40159 | $153.39 | 30-APR-2003 | $9,848.49 |
| 0051 | PMNT | WA | 07-MAY-2003 | OT/G | Marvin Lumber | MN /3/149 | 40320 | $128.70 | 07-MAY-2003 | $9,728.23 |
| 0052 | PMNT | WA | 14-MAY-2003 | OT/G | Marvin Lumber | MN /3/154 | 40472 | $123.88 | 14-MAY-2003 | $9,612.69 |
| 0053 | PMNT | WA | 21-MAY-2003 | OT/G | Marvin Lumber | MN /3/159 | 40624 | $126.35 | 21-MAY-2003 | $9,494.58 |
| 0054 | PMNT | WA | 29-MAY-2003 | OT/G | marvin lumber & ceda | MN /3/164 | 040776 | $128.80 | 29-MAY-2003 | $9,375.08 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0055 | PMNT | WA | 04-JUN-2003 | OT/G | Humbarger | MN | /3/168 | 40867 | $126.19 | 04-JUN-2003 | $9,255.78 |
| 0056 | PMNT | WA | 11-JUN-2003 | OT/G | MARVIN LUMBER | MN | /3/173 | 40998 | $123.89 | 11-JUN-2003 | $9,139.82 |
| 0057 | PMNT | WA | 18-JUN-2003 | OT/Y | marvin lumber & ceda | MN | /3/177 | 041150 | $126.23 | 18-JUN-2003 | $9,021.43 |
| 0058 | PMNT | WA | 25-JUN-2003 | OT/Y | humburger | MN | /3/182 | 041305 | $124.99 | 25-JUN-2003 | $8,904.17 |
| 0059 | PMNT | WA | 02-JUL-2003 | OT/G | Marvin Lumber | MN | /3/185 | 41463 | $129.25 | 03-JUL-2003 | $8,782.55 |
| 0060 | PMNT | WA | 09-JUL-2003 | GR/G | MARVIN LUMBER | MN | /3/188 | 41619 | $127.47 | 09-JUL-2003 | $8,662.61 |
| 0061 | PMNT | WA | 16-JUL-2003 | GR/G | Marvin Lumber & Ceda | MN | /3/193 | 041772 | $129.95 | 16-JUL-2003 | $8,540.09 |
| 0062 | PMNT | WA | 23-JUL-2003 | GR/G | humbarger | MN | /3/198 | 041926 | $129.95 | 23-JUL-2003 | $8,417.46 |
| 0063 | PMNT | WA | 04-AUG-2003 | GR/G | marvin lumber | MN | /3/206 | 042081 | $132.96 | 04-AUG-2003 | $8,296.87 |
| 0064 | PMNT | WA | 06-AUG-2003 | CH/Y | Marvin Lumber | MN | /3/208 | 42165 | $127.47 | 06-AUG-2003 | $8,171.43 |
| 0065 | PMNT | WA | 13-AUG-2003 | GR/G | marvin lumber | MN | /3/213 | 042295 | $134.91 | 13-AUG-2003 | $8,043.53 |
| 0066 | PMNT | WA | 20-AUG-2003 | GR/G | marvin lumber | MN | /3/219 | 42442 | $218.46 | 20-AUG-2003 | $7,831.97 |
| 0067 | PMNT | WA | 27-AUG-2003 | GR/G | humbarger | MN | /3/223 | 042583 | $131.28 | 27-AUG-2003 | $7,707.40 |
| 0068 | PMNT | WA | 04-SEP-2003 | GR/G | Marvin Lumber | MN | /3/229 | 42733 | $166.93 | 04-SEP-2003 | $7,548.02 |
| 0069 | PMNT | WA | 10-SEP-2003 | GR/G | Marvin Lumber | MN | /3/233 | 42942 | $122.12 | 10-SEP-2003 | $7,431.45 |
| 0070 | PMNT | WA | 17-SEP-2003 | GR/G | Marvin Lumber | MN | /3/238 | 043095 | $153.20 | 17-SEP-2003 | $7,284.62 |
| 0071 | PMNT | WA | 24-SEP-2003 | GR/G | Marvin Lumber | MN | /3/243 | 44483 | $119.21 | 24-SEP-2003 | $7,171.65 |
| 0072 | PMNT | WA | 01-OCT-2003 | GR/G | MARVIN LUMBER | MN | /04/001 | 44637 | $134.15 | 01-OCT-2003 | $7,043.65 |
| 0073 | PMNT | WA | 08-OCT-2003 | GR/G | Marvin Lumber | MN | /04/006 | 44794 | $214.45 | 08-OCT-2003 | $6,835.24 |
| 0074 | PMNT | WA | 15-OCT-2003 | GR/G | Marvin Lumber | MN | /04/010 | 044957 | $134.98 | 15-OCT-2003 | $6,706.12 |
| 0075 | PMNT | WA | 22-OCT-2003 | GR/G | Marvin Lumber | MN | /04/015 | 45118 | $137.33 | 22-OCT-2003 | $6,574.54 |
| 0076 | PMNT | WA | 29-OCT-2003 | GR/G | MARVIN LUMBER | MN | /04/020 | 45274 | $140.76 | 29-OCT-2003 | $6,439.42 |
| 0077 | PMNT | WA | 05-NOV-2003 | GR/G | Marvin Lumber | MN | /04/025 | 45367 | $209.22 | 05-NOV-2003 | $6,235.72 |
| 0078 | PMNT | WA | 13-NOV-2003 | GR/G | Marvin Lumber | MN | /04/030 | 45513 | $177.94 | 13-NOV-2003 | $6,063.89 |
| 0079 | PMNT | WA | 19-NOV-2003 | GR/G | Marvin Lumber | MN | /04/035 | 45675 | $138.59 | 19-NOV-2003 | $5,929.76 |
| 0080 | PMNT | WA | 28-NOV-2003 | GR/G | Marvin Lumber | MN | /04/042 | 45826 | $137.45 | 28-NOV-2003 | $5,798.85 |
| 0081 | PMNT | WA | 03-DEC-2003 | GR/G | Marvin Lumber | MN | /04/046 | 45978 | $217.59 | 03-DEC-2003 | $5,584.81 |
| 0082 | PMNT | WA | 10-DEC-2003 | GR/G | MARVIN LUMBER | MN | /04/051 | 46132 | $141.26 | 10-DEC-2003 | $5,448.34 |
| 0084 | PMNT | WA | 17-DEC-2003 | GR/G | Marvin Lumber | MN | /04/057 | 46288 | $120.55 | 17-DEC-2003 | $5,332.46 |
| 0085 | PMNT | WA | 24-DEC-2003 | GR/G | MARVIN LUMBER | MN | /04/062 | 46444 | $125.19 | 24-DEC-2003 | $5,211.84 |
| 0086 | PMNT | WA | 29-DEC-2003 | GR/G | Marvin Lumber | MN | /04/063 | 46515 | $68.87 | 29-DEC-2003 | $5,146.16 |
| 0087 | PMNT | WA | 31-DEC-2003 | GR/G | Marvin Lumber | MN | /04/065 | 46648 | $121.88 | 31-DEC-2003 | $5,025.54 |
| 0088 | PMNT | WA | 07-JAN-2004 | GR/G | Marvin Lumber | MN | /04/069 | 46801 | $121.89 | 07-JAN-2004 | $4,907.96 |
| 0089 | PMNT | WA | 14-JAN-2004 | GR/G | MARVIN LUMBER | MN | /04/074 | 46957 | $123.92 | 14-JAN-2004 | $4,788.25 |
| 0090 | PMNT | WA | 21-JAN-2004 | GR/G | Marvin Lumber | MN | /04/078 | 47112 | $123.87 | 21-JAN-2004 | $4,668.48 |
| 0091 | PMNT | WA | 28-JAN-2004 | GR/G | MARVIN LUMBER | MN | /04/083 | 47268 | $126.85 | 28-JAN-2004 | $4,545.62 |
| 0095 | PMNT | WA | 04-FEB-2004 | GR/G | Marvin Lumber | MN | /04/088 | 047352 | $113.94 | 04-FEB-2004 | $4,435.91 |
| 0096 | PMNT | WA | 11-FEB-2004 | GR/G | Marvin Lumber | MN | /04/094 | 47483 | $102.15 | 11-FEB-2004 | $4,337.55 |
| 0097 | PMNT | WA | 19-FEB-2004 | GR/G | MARVIN LUMBER | MN | /04/099 | 47631 | $121.22 | 19-FEB-2004 | $4,220.57 |
| 0098 | PMNT | WA | 25-FEB-2004 | GR/G | Marvin Lumber | MN | /04/104 | 47783 | $119.90 | 25-FEB-2004 | $4,103.76 |
| 0099 | PMNT | WA | 04-MAR-2004 | GR/G | Marvin | MN | /04/109 | 1000117 | $117.92 | 04-MAR-2004 | $3,989.85 |
| 0100 | PMNT | WA | 10-MAR-2004 | GR/G | MARVIN WINDOWS | MN | /04/113 | 1000276 | $93.68 | 10-MAR-2004 | $3,899.09 |
| 0102 | PMNT | WA | 17-MAR-2004 | GR/G | Marvin | MN | /04/118 | 1000433 | $119.24 | 17-MAR-2004 | $3,783.18 |
| 0103 | PMNT | WA | 24-MAR-2004 | GR/G | Marvin Window | MN | /04/123 | 1000588 | $104.68 | 24-MAR-2004 | $3,681.73 |
| 0104 | PMNT | WA | 31-MAR-2004 | GR/G | MARVIN LUMBER | MN | /04/128 | 1000741 | $120.56 | 31-MAR-2004 | $3,564.32 |
| 0105 | PMNT | WA | 07-APR-2004 | GR/G | Marvin Windows | MN | /04/133 | 1000904 | $96.03 | 07-APR-2004 | $3,471.34 |
| 0106 | PMNT | WA | 14-APR-2004 | GR/G | MARVIN WINDOWS | MN | /04/138 | 1001069 | $117.92 | 14-APR-2004 | $3,356.39 |
| 0107 | PMNT | WA | 21-APR-2004 | GR/G | Marvin Window | MN | /04/143 | 1001238 | $117.91 | 21-APR-2004 | $3,241.35 |
| 0108 | PMNT | WA | 28-APR-2004 | GR/G | Marvin Lumber | MN | /04/148 | 1001411 | $119.90 | 28-APR-2004 | $3,124.22 |
| 0109 | PMNT | WA | 05-MAY-2004 | GR/G | MARVIN WINDOWS | MN | /04/153 | 1001516 | $140.06 | 05-MAY-2004 | $2,986.83 |
| 0110 | PMNT | WA | 03-JUN-2004 | GR/G | Marvin | MN | /04/172 | 1002163 | $122.46 | 03-JUN-2004 | $2,874.95 |
| 0111 | PMNT | WA | 09-JUN-2004 | GR/G | MARVIN WINDOWS | MN | /04/176 | 1002332 | $212.25 | 09-JUN-2004 | $2,664.81 |
| 0112 | PMNT | WA | 16-JUN-2004 | GR/G | MARVIN WINDOWS | MN | /04/180 | 1002495 | $179.15 | 16-JUN-2004 | $2,487.94 |
| 0113 | PMNT | WA | 23-JUN-2004 | GR/G | MARVIN WINDOWS | MN | /04/185 | 1002663 | $179.54 | 23-JUN-2004 | $2,310.53 |
| 0114 | PMNT | WA | 30-JUN-2004 | GR/G | MARVIN | MN | /04/190 | 1002829 | $144.41 | 30-JUN-2004 | $2,168.10 |
| 0115 | PMNT | WA | 08-JUL-2004 | GR/G | Marvin Windows | MN | /04/196 | 1002995 | $139.46 | 08-JUL-2004 | $2,030.76 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0116 | PMNT | WA | 14-JUL-2004 | GR/G | Marvin Windows | MN | /04/200 | 1003158 | $143.72 | 14-JUL-2004 | $1,888.53 |
| 0117 | PMNT | WA | 21-JUL-2004 | GR/G | Marvin Window | MN | /04/207 | 1003321 | $181.67 | 21-JUL-2004 | $1,708.47 |
| 0118 | PMNT | WA | 28-JUL-2004 | GR/G | Marvin Windows | MN | /04/212 | 1003485 | $141.81 | 28-JUL-2004 | $1,568.12 |
| 0119 | PMNT | WA | 04-AUG-2004 | GR/G | Marvin Windows | MN | /04/217 | 1003576 | $113.00 | 04-AUG-2004 | $1,456.46 |
| 0120 | PMNT | WA | 11-AUG-2004 | GR/G | Marvin Windows | MN | /04/222 | 1003718 | $136.90 | 11-AUG-2004 | $1,320.81 |
| 0121 | PMNT | WA | 18-AUG-2004 | GR/G | Marvin Windows | MN | /04/227 | 1003884 | $179.54 | 18-AUG-2004 | $1,142.40 |
| 0122 | PMNT | WA | 25-AUG-2004 | GR/G | MARVIN WINDOWS | MN | /04/232 | 1004047 | $138.86 | 25-AUG-2004 | $1,004.52 |
| 0123 | PMNT | WA | 01-SEP-2004 | GR/G | MARVIN | MN | /04/237 | 1004219 | $168.06 | 01-SEP-2004 | $837.32 |
| 0124 | PMNT | WA | 09-SEP-2004 | GR/G | MARVIN | MN | /04/242 | 1004395 | $192.35 | 09-SEP-2004 | $645.79 |
| 0125 | PMNT | WA | 15-SEP-2004 | GR/G | MARVIN | MN | /04/246 | 1004564 | $191.64 | 15-SEP-2004 | $454.62 |
| 0126 | PMNT | WA | 22-SEP-2004 | GR/G | MARVIN | MN | /04/251 | 1004738 | $77.63 | 22-SEP-2004 | $377.38 |
| 0127 | PMNT | WA | 29-SEP-2004 | GR/G | MARVIN | MN | /04/256 | 1004910 | $130.92 | 29-SEP-2004 | $246.78 |
| 0128 | PMNT | WA | 06-OCT-2004 | GR/G | MARVIN | MN | /05/004 | 1005025 | $189.14 | 06-OCT-2004 | $57.85 |
| 0129 | PMNT | WA | 14-OCT-2004 | GR/G | Marvin Windows | MN | /05/009 | 1005172 | $57.79 | 14-OCT-2004 | $0.12 |

Total Payments for Debtor: $12,892.38