RUN DATE: 01-NOV-2004 FOR: 2000Z01076/002 

DEBTOR: Humbarger, Emmitt Ray
COURT NUMBER: 01-151ADM/RLE PRIORITY CODE:
CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | PMNT | T | 17-JUL-2002 | OT/G | Marvin Lumber | MN /2/213 | 32841 | $34.49 | 16-AUG-2002 | $45.01 |
| 0003 | PMNT | T | 24-JUL-2002 | OT/G | Marvin Lumber | MN /2/213 | 32985 | $45.01 | 16-AUG-2002 | $0.00 |

Total Payments for Debtor: $79.50